O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 08-01161 DOC (MLGx)　　　　　　　　　　　　　Date: December 5, 2008

Title: ROBERTO REGINO V. LITTON LOAN SERVICING and DOES 1-50

---

DOCKET ENTRY
　　　[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
　　　　　　　　　　　　　　　　　　　　　Date:_____  Deputy Clerk: _____

---

PRESENT:

　　　　　　　　　THE HONORABLE DAVID O. CARTER, JUDGE

　　Kristee Hopkins　　　　　　　　　　　　　　　　Not Present
　　Courtroom Clerk　　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:　ATTORNEYS PRESENT FOR DEFENDANTS:

　　NONE PRESENT　　　　　　　　　　　　　　NONE PRESENT

---

PROCEEDING (IN CHAMBERS): GRANTING MOTION TO DISMISS

　　　　Defendant, Litton Loan Servicing, filed its Motion to Dismiss on October 23, 2008, and set a hearing on the Motion for December 15, 2008.  Plaintiff's Opposition, if any, was due on December 1, 2008.  At Present, Plaintiff has not filed an opposition.

　　　　Accordingly, pursuant to Local Rule 7-12, the Motion is hereby GRANTED AS UNOPPOSED.  The hearing set December 15, 2008 is removed from the Court's calendar. Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE.  Plaintiff SHALL file an amended complaint, if any, on or before December 22, 2008.

　　　　The Clerk shall serve this minute order on all parties to the action.