O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 08-1161 DOC (MLGx)                                              Date: January 16, 2009

Title: ROBERT REGINO V. LITTON LOAN SERVICING and DOES 1-50

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
Date:_____   Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                      NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS AND AWARDING ATTORNEY'S FEES AND COSTS

On December 11, 2008, Defendant Litton Loan Servicing filed a Motion to Expunge Lis Pendens with the Court and set a hearing on the matter for January 26, 2009.  Pursuant to this Court's dismissal of the underlying action with prejudice on January 7, 2009, the Court hereby GRANTS Defendant's Motion to Expunge Lis Pendens.  The hearing on the motion set for January 26, 2009 is hereby VACATED.  Further, pursuant to California Code of Civil Procedure § 405.38, the Court AWARDS Defendant attorney's fees and costs in the amount of $1,007.50.

The Clerk shall serve this minute order on all parties to the action.